

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2020

No. 04-20-00059-CR

Marcelino **ESTRADA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 17-09-0519-CRA
Honorable Russell Wilson, Judge Presiding

## O R D E R

The court reporter's first request for additional time to file the reporter's record is granted. We order the reporter's record due by April 30, 2020.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of April, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court